No. 6564.—Salas, apldo., *v.* Belaval, aplte.—C. D. San Juan. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Enero 16, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vistas las dos mociones que anteceden con la asistencia de ambas partes,—examinado el escrito de oposición, habiendo el apelante explicado hasta cierto punto la supuesta falta de diligencia; habiéndose también radicado la transcripción de autos dentro del tiempo fijado para ello; habiendo radicado su alegato el mismo día de la vista de las dos mociones para desestimar, dentro de la última prórroga concedida para ello; no habiéndonos convencido la parte promovente de que la preparación de una sola transcripción para las dos apelaciones en un caso como el presente no sea la práctica buena y correcta, y no apareciendo claramente frívola cualquiera de las dos apelaciones interpuestas contra la sentencia dictada por la Corte de Distrito de San Juan en junio 30, 1933 y contra la resolución dictada por dicha corte en 19 de febrero de 1934, no ha lugar a las desestimaciones solicitadas.

Los siguientes casos fueron desestimados por haberse allanado la parte apelante a la desestimación solicitada por la parte apelada.

Nos. 6748, 6750, 6773 y 6861.